THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NUNZIO PUGLIESE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN W. RUMSEY, Respondent, v. THE GERSTEN-CRAMER AMUSEMENT COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Clarke, P. J., dissented on the ground that under the peculiar terms of this contract and the nature of the property, he is of opinion that the amount deposited was in the nature of liquidated damages, and that, therefore, the complaint should have been dismissed.

ANNIE DOOLEY, Respondent, v. HANNA E. McKENNA, Formerly Known as HANNAH E. BARTLEY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith and Page, JJ.

HELEN M. RODGERS, Appellant, v. JOHN C. RODGERS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ANDRES LAJAM, Respondent, v. ABRAHAM SAHDALA & SON CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Smith and Page, JJ., dissented.

PHILIP LIPPS and Others, Respondents, v. OSCAR KIRSCH, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and at Special Term; and in default thereof judgment directed in favor of plaintiffs, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Dowling, J., dissented on the authority of Conkling v. Weatherwax (181 N. Y. 258, 268).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN FRANKLIN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

STANISLAW J. BORON, Respondent, v. COLT STRATTON COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CLARA H. MONTGOMERY, Respondent, v. JOSEPH P. MONTGOMERY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

KELLEY-CLARKE Co., INC., Appellant, v. P. A. BUTTER MARKET, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend complaint on payment of costs in this court and at Special Term; and in default thereof judgment directed dismissing the complaint, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.